■ DONALD UMLAUF, as Parent and Natural Guardian of MICHAEL UMLAUF, an Infant, Plaintiff, v COUNTY OF CHAUTAUQUA, Defendant and Third-Party Plaintiff-Appellant. COUNTY OF ERIE, Third-Party Defendant-Respondent.—Order unanimously affirmed with costs. Memorandum: We affirm for the reasons stated in the decision at Supreme Court (Rath, J.). We add only that *Kircher v City of Jamestown* (74 NY2d 251) does not apply to the facts of this case. (Appeal from order of Supreme Court, Chautauqua County, Rath, J.—summary judgment.) Present—Dillon, P. J., Callahan, Boomer, Green and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HIAWATHA FRANKLIN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—violation of probation.) Present—Callahan, J. P., Denman, Boomer, Lawton and Davis, JJ.